UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TZU-HSIANG TUNG,

                Plaintiff,                            **ORDER**

v.                                                                 No. 21-CV-10651 (PMH)

JADE SPOON ASIAN CUISINE INC., et al.,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in this case.

        Accordingly, it is hereby **ORDERED** that the parties shall file their settlement paperwork for the Court's consideration by March 28, 2022.

SO ORDERED.

Dated: White Plains, New York
          March 16, 2022

                                                                          _____
                                                                         Philip M. Halpern
                                                                          United States District Judge