UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

TZU-HSIANG TUNG,

                      Plaintiff,                    **ORDER**

        -against-                          21 Civ. 10651 (AEK)

JADE SPOON ASIAN CUISINE INC.;
WAI YUNG a/k/a WAY LIANG, as an individual;
HI LING KWOK, as an individual; and
YI GAO, as an individual,

                      Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The parties have submitted a modified proposed settlement agreement, *see* ECF No. 25-1, which properly addresses all of the issues identified in the Court's Decision and Order dated May 3, 2022, *see* ECF No. 24. Accordingly, the Court hereby APPROVES the modified settlement agreement as fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and the legal standards set forth in ECF No. 24.

       An endorsed version of the parties' proposed stipulation and order of dismissal with prejudice, *see* ECF No. 25-1 at 6, will be docketed separately.

       The Clerk of Court is respectfully directed to close the case.

Dated: June 8, 2022
       White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge